In the Matter of HAZEL BISHOP, Respondent. HAZEL BISHOP, INC., et al., Appellants.— Order unanimously affirmed, with $20 costs and disbursements to respondent. No opinion. The date for the examination to proceed shall be fixed in the order. Settle order on notice. Present — Peck, P. J., Dore, Cohn and Callahan, JJ. [See *post*, p. 931.]

■

MARIENTHIE PROCOPIOU, Respondent, v. DEMETRIUS HELIOPOULOS et al., Appellants.— Order unanimously modified by striking out items VA, 3, 4 and 5 and VIC, 5(a), (b), (c) and (d), and, as so modified, affirmed, with $10 costs and disbursements to appellants. Defendants' time to comply with the order is extended until twenty days after service of a copy of the order, with notice of entry thereof, and upon payment of said costs. Settle order on notice. Present — Peck, P. J., Dore, Cohn and Callahan, JJ.

■

CATHERINE ESPOSITO, Respondent, v. RALPH ESPOSITO, Appellant.— Order unanimously reversed, without costs, and the motion denied. The situation now presented does not warrant the granting of temporary alimony and counsel fee. If plaintiff is entitled to any further relief she may place this cause on the calendar for trial. Settle order on notice. Present — Peck, P. J., Dore, Cohn and Callahan, JJ.

■

MARK PLANT, Respondent, v. LUMINART LAMPSHADE PRODUCTS INC., et al., Appellants.— Order granting discovery and inspection unanimously modified by limiting same to corporate records which throw light on the business in the Luminart Light Division of the defendant including the allocation of expense of that division and, as so modified, affirmed, with $10 costs and disbursements to appellants. Settle order on notice. Present — Peck, P. J., Dore, Cohn and Callahan, JJ.

■

In the Matter of the Arbitration between FRED O. SCHOEFFER, Appellant, and LOWELL ADAMS FACTORS CORP., Respondent. FRED O. SCHOEFFER, Appellant, v. LOWELL ADAMS FACTORS CORP. et al., Respondents.— Order [staying action] unanimously reversed and trial of the issue of the existence of a valid contract containing an arbitration clause is directed. The question of usury which is alleged to invalidate the contract may not summarily be disposed of and requires a trial. Order [denying stay of arbitration] unanimously modified so as to stay arbitration only pending the trial of the issue of usury and said stay is subject to renewal depending upon the trial of the issue of usury. Settle orders on notice. Present — Peck, P. J., Dore, Cohn and Callahan, JJ. [See 281 App. Div. 658.]

■

HELEN TAUSIK, Respondent, v. ADOLPH TAUSIK, Appellant.— Order unanimously affirmed, with $20 costs and disbursements to respondent. We do not rule that an examination before trial on specific issues on a showing of special circumstances will never be allowed in any matrimonial action. It is sufficient to observe that such examination will generally not be necessary and, as a matter of policy, a general examination will not be allowed. The proposed examination in this case falls within that rule. Present — Peck, P. J., Dore, Cohn and Callahan, JJ.